1 | Karyn M. Taylor, Esq.
Nevada Bar No. 6142
2 | Jordan S. Walsh, Esq.
Nevada Bar No.13481
3 | LITTLER MENDELSON, P.C.
200 South Virginia Street, 8th Floor
4 | Reno, Nevada 89501
Telephone:    775.348.4888
5 | Fax No.:       775.786.0127
kmtaylor@littler.com
6 | jjwalsh@littler.com

7 | Attorneys for Defendant
FREEDOMROADS, LLC d/b/a
8 | CAMPING WORLD RV SALES

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER CLIFF, | Case No. 3:25-cv-00296-ART-CSD |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| FREEDOMROADS, LLC d/b/a CAMPING WORLD RV SALES, | |
| Defendant. | (FIRST REQUEST) |

Plaintiff. HEATHER CLIFF ("Plaintiff"), and Defendant FREEDOMROADS, LLC d/b/a CAMPING WORLD RV SALES ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint up to and including **Monday, July 21, 2025**.

The requested extension is necessary because Defendant's counsel, Littler Mendelson, P.C., was recently retained to represent Defendant in this matter. The additional time will allow defense counsel to conduct a complete investigation into the allegations and to prepare a response to Complaint.

**Error! Unknown document property name.**

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 2, 2025                                          Dated: July 2, 2025

/s/ Sean McDowell                                           /s/ Karyn M. Taylor
Mark Mausert, Esq.                                          Karyn M. Taylor, Esq.
Sean McDowell, Esq.                                         Jordan S. Walsh, Esq.
MARK MAUSERT LAW                                            LITTLER MENDELSON, P.C.

*Attorneys for Plaintiff*                                   *Attorneys for Defendant*
HEATHER CLIFF                                               FREEDOMROADS, LLC d/b/a CAMPING WORLD RV SALES

**IT IS SO ORDERED.**

Dated: July 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
200 S. Virginia St
8th Floor
Reno, NV 89501.1944
775.348.4888

2

**Error! Unknown document property name.**