1
2
3
4
5
6
7
8
9       **IN THE UNITED STATES DISTRICT COURT**
10      **IN AND FOR THE DISTRICT OF NEVADA**

| HEATHER CLIFF, | Case No.: 3:25-cv-00296-ART-CSD |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| FREEDOMROADS, LLC D/B/A CAMPING WORLD RV SALES, | **STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |
| Defendant. | |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff HEATHER CLIFF ("Plaintiff") and Defendant FREEDOMROADS, LLC D/B/A CAMPING WORLD RV SALES ("Defendant") hereby stipulate and agree to a twenty-five (25) day extension of time, up to and including September 5, 2025, for Plaintiff to file her response to Defendant's Motion to Dismiss (ECF No. 11).

//

//

//

//

1

This extension is requested as lead counsel for Plaintiff will be out of the country when the response is due and currently has a heavy calendar/deadline list. This request is not for the purpose of delay. Therefore, the parties respectfully request a twenty-five (25) day extension of time, up to and including September 5, 2025, for Plaintiff to file her response to Defendant's Motion to Dismiss.

| | |
|---|---|
| DATED this 30th day of July, 2025.<br>MARK MAUSERT LAW OFFICE | DATED this 30th day of July, 2025.<br>LITTLER MENDELSON, P.C. |
| By: /s/ Sean McDowell<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | By: /s/ Karyn Taylor<br>KARYN M. TAYLOR, ESQ.<br>S. JORDAN WALSH, ESQ.<br>200 South Virginia Street, 8th Floor<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

DATED: <u>July 30, 2025</u>