UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER CLIFF, | Case No.: 3:25-cv-00296-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 1 |
| FREEDOMROADS, LLC d/b/a CAMPING WORLD RV SALES, | |
| Defendant | |

On October 14, 2025, the court granted in part and denied in part Defendant's motion to dismiss. (ECF No. 25.) Plaintiff was given thirty (30) days within which to file any amended complaint. Plaintiff has not filed an amended complaint, and the deadline for doing so expired on November 13, 2025. Accordingly, Defendants shall file an answer to Plaintiff's original complaint (ECF No. 1), insofar as it survived the motion to dismiss, on or before December 5, 2025.

**IT IS SO ORDERED**.

Dated: November 14, 2025

_____
Craig S. Denney
United States Magistrate Judge