Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER CLIFF,<br><br>              Plaintiff,<br><br>       v.<br><br>FREEDOMROADS, LLC D/B/A CAMPING WORLD RV SALES,<br><br>              Defendant. | Case No.: 3:25-cv-00296-CSD<br><br>**STIPULATION AND ORDER TO STAY (FIRST REQUEST)** |

Plaintiff Heather Cliff ("Plaintiff") and Defendant FreedomRoads, LLC d/b/a Camping World RV Sales ("Defendant") hereby stipulate and agree to stay discovery and all related filing deadlines as set forth in the Joint Discovery Plan and Scheduling Order [ECF No. 17], pending the outcome of Defendant's Motion to Compel Arbitration [ECF No. 29].

Therefore, to avoid wasting the Court's time, and not for the purpose of delay, the parties respectfully request discovery be stayed pending the outcome of the Motion to Compel Arbitration.

//

//

STIPULATION AND ORDER TO STAY (FIRST REQUEST) - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Parties further stipulate and agree that Defendant's entry into this stipulation does not constitute a waiver of Defendant's right to pursue its motion to compel arbitration, or otherwise impact Defendant's rights concerning arbitration.

DATED this 8th day of January, 2026.          DATED this 8th day of January, 2026.
MARK MAUSERT LAW OFFICE                      LITTLER MENDELSON, P.C.

By: _/s/ Sean McDowell_                              By: _/s/ Karyn Taylor_
MARK MAUSERT                                      KARYN M. TAYLOR, ESQ.
SEAN McDOWELL                                     S. JORDAN WALSH, ESQ.
729 Evans Avenue                                  200 S. Virginia Street, 8th Floor
Reno, Nevada 89512                                Reno, Nevada 89501

*Attorneys for Plaintiff*                            *Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 9, 2026
_____

STIPULATION AND ORDER TO STAY (FIRST REQUEST) - 2