# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HEATHER CLIFF,

                Plaintiff,

  v.

FREEDOMROADS, LLC d/b/a
CAMPING WORLD RV SALES,

                Defendant.

3:25-cv-00296-CSD

**ORDER**

Re: ECF No. 43

Before the Court is Defendant's Motion to Compel Discovery Responses. (ECF No. 43.)

Pursuant to the Court's Civil Standing Order (ECF No. 9), Plaintiff shall file a response on or before close of business on **Tuesday, April 21, 2026.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: April 17, 2026.

_____

Craig S. Denney
United States Magistrate Judge