Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER CLIFF,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOMROADS, LLC d/b/a CAMPING WORLD RV SALES,<br><br>Defendants. | Case No.: 3:25-cv-00296-CSD<br><br>ORDER GRANTING<br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, HEATHER CLIFF, and Defendant, FREEDOMROADS, LLC d/b/a CAMPING WORLD RV SALES, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated this 3rd day of November, 2026.<br>MARK MAUSERT LAW OFFICE | Dated this 3rd day of November, 2026.<br>LITTLER MENDSELON P.C. |
| */s/ Mark Mausert*<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512 | */s/ S. Jordan Walsh*<br>KARYN M. TAYLOR, ESQ.<br>S. JORDAN WALSH, ESQ.<br>200 South Virginia Street, 8th Floor<br>Reno, Nevada 89501 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

The stipulation of the parties to dismiss this action with prejudice (ECF No. 55) is GRANTED.

**IT IS SO ORDERED.**

Dated: November 3, 2026.

UNITED STATES MAGISTRATE JUDGE